**EXHIBIT 2:** INFRINGEMENT #1
URL: https://stockx.com/news/the-top-5-ways-kendall-jenner-styles-her-louis-vuitton-alma-bb/



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://x.com/stockx/status/1193989265841098764?lang=eu

